No. —, Original. ALABAMA *v.* TEXAS ET AL. The motions of the defendants for time within which to file objections to the motion for leave to file the complaint are granted, and 40 days are allowed for that purpose. THE CHIEF JUSTICE took no part in the consideration or decision of these motions. *Si Garrett,* Attorney General of Alabama, *M. Roland Nachman, Jr.* and *Gordon Madison,* Assistant Attorneys General, and *Adrian S. Fisher* for complainant. *John Ben Shepperd,* Attorney General, and *William H. Holloway,* Assistant Attorney General, for the State of Texas; *Fred S. LeBlanc,* Attorney General, *John L. Madden,* Assistant Attorney General, and *Bailey Walsh,* Special Assistant Attorney General, for the State of Louisiana; *Richard W. Ervin,* Attorney General, *Howard S. Bailey* and *Fred M. Burns,* Assistant Attorneys General, and *John D. Moriarty,* Special Assistant Attorney General, for the State of Florida; and *Edmund G. Brown,* Attorney General, *William V. O'Connor,* Chief Deputy Attorney General, *Everett W. Mattoon,* Assistant Attorney General, and *George G. Grover,* Deputy Attorney General, for the State of California, defendants.